# Exhibit A

Mr. David Kenny
CEO and Chief Diversity Officer
Nielsen
June 16, 2020


Hi David,

You called to check on me on Monday, June 1st which made two times in a little over two weeks. Words will never be able to convey how very much I value your inclusion. I feel, however, you are the exception to the rule at Nielsen when it comes to making me feel included, despite the 25+ years of expertise I bring to the table professionally. This isn't an emotional statement, but one simply of fact.

- There was a D&I Global Town Hall that occurred on June 4, 2020 concerning racism and the state of African Americans in America not feeling heard or validated. I am probably the most external facing person dealing with that community—a senior-level African American female experienced in dealing with crisis situations—and yet not one person invited me to help plan that discussion in any way. I inserted my recommendations, but an invitation to participate? Crickets.

- Had you not requested that Kristi Stegen reach out to me, I probably would not have even known the Town Hall was occurring until I received the invitation along with all other Nielsen associates.

- There was a Black Lives Matter social media message that was deployed, and while other senior (and not so senior) leaders were asked to weigh in, I was not. Again, I inserted myself when the calls about the post – "Black Lives Matter, Too!" – came to me.


D&I has to begin at home. New leadership is welcomed. However, existing leaders also bring value. Senior-level Black leaders are rarely promoted from within at Nielsen. They are exported from the outside. Which affords those of us who have dedicated years of service to Nielsen, little hope. Leaders from both Connect and Media circumvent African American associates who might offer diverse opinion and perspectives. We get labeled as "negative" or

"troublemakers," "combative" or "self- aggrandizing" when what we are simply trying to do is raise awareness of where the company is most culpable and how such culpability could damage the company's external reputation. We advocate not letting egregious acts by leaders be swept under the rug as an "oopsie" moment.

Within the last year, I have watched a white senior executive be placated for her egregious lapse in judgment and "slip of the tongue" when she referred to her African American assistant as a slave; while a very junior African American associate was terminated just last month for her lapse in judgment in how she disseminated an email about microaggressions. This is the reason African American associates who rely on their paychecks for survival don't speak up at Nielsen! Fear keeps them quiet. Fear of retaliation from their managers. Fear of exclusion. Fear of being labeled. Fear of being blackballed in the industry. Only those of us who are secure in who we are as professionals and have personal reputations that form the foundation for our professionalism speak up without fear. We are few and far between.  I have committed 16 years of my life raising the visibility and trust and confidence of Nielsen as a brand with diverse communities. But I can honestly say I am respected for my work more externally than I am internally. This makes me sad.

I believe that Asian Americans, Hispanic Americans, and particularly Black Americans have a fundamental right to know and understand their value to the U.S. economy as consumers. It is also imperative that clients be prepared for the changing multicultural landscape. I am tired of hearing Nielsen leaders tell me, and the company's budget supporting their statements, that the company no longer values community engagement because Nielsen is "doing fine with most communities." How do they think we GOT to this point? "Those who fail to learn from history are condemned to repeat it."

The internal commentary about my role has become some twisted narrative that I am gaining personally from the work I do for Nielsen. That "all" I do is "give presentations and attend events." That hurts, particularly since my role was very strategically and intentionally diminished a few years ago.  In recent years, I have been stripped of a $7.5 million budget and a staff of 13 to a $117,000 budget and a team of three. Without cause, explanation or reason, my team and budget was reassigned, without intervention from Human Resources who shared with me that "managers can realign their teams however they choose to do so,"

in spite of my having received successful performance evaluations year after year and asking for more global responsibilities.

Angela Talton was relieved of her CDO post in February 2019. I was assigned a new manager, George Callard, in March 2019. Under this new leadership, I sought to regain my responsibilities and add value. I have raised my hand in the last 12 months to Nancy Phillips (June 2019), George Callard (June 2019, November 2019, December 2019), and Jacqueline Woods (Feb. 2020, April 2020, May 2020) to share that I am eager and willing to do more with the company. And yet, there seems to be a struggle in finding a place for me. My role has been marginalized and made redundant. Newly hired executives make decisions that impact our external reputation without allowing me the courtesy to weigh in. I am now susceptible to new leaders coming on board asking, "what exactly does her team do?" The irony in this is that the institutional components of our 2020 D&I strategy were conceptualized, strategized, and/or launched by me and my team over the years —the EAC, the ERGs, @NielsenKnows, @Nielsen Community, the diverse microsites, the community reports, the Diverse Intelligence Series of reports, just to name a few. What do I *DO*? I have only done that which was asked of me: to foster goodwill, gain trust, and add value to Nielsen's brands amongst communities of color. Ask anyone externally and they will 100% concur that I have done exactly that. I have repaired Nielsen's tarnished reputation with communities of color – and now that it doesn't appear to be tarnished anymore, thanks to the work I have done, I'm being asked to explain what I *DO*?

Three times in the last two conversations I've held with my soon to be manager, Jacqueline Woods, she has asked if I am interested in being "packaged out," [because I "make a lot of money"]. I declined and was excited about the new role and responsibilities she and I discussed (Corporate Social Responsibility, Community Engagement and Talent Acquisition Marketing) as I felt my skill set and experience would finally be fully engaged again. Thereafter, I received the Nielsen Connect reorganization announcement (May 2020) which places that scope of work under the auspices of Eric Rubenstein. Jacqueline informed me she wasn't going to fight for the role. So again, there doesn't appear to be a place for me at Nielsen anymore.

I've worked too hard for 16 years and placed my personal reputation on the line for this company vouching for it with communities of color, legislators and influencers who wanted nothing to do with the brand, who only relinquished

their doubts because I reassured them Nielsen was a brand that could be trusted. The Listening Tours that I scheduled for you in November 2019 and February 2020 with some of the top community leaders in the country was to proudly highlight Nielsen's new leadership.

Yet, here we are in June 2020 and I've been asked three times if I want to be packaged out. After demurring I have given it careful thought and consideration and believe that I have no alternative other than to discuss how we part ways peacefully without damage to the company's corporate reputation or disruption from its community image and without a negative impact to my stellar reputation as a valued leader. Alternatively, if there is an option for me to stay and perform at a level worthy of my talents, I would be interested in exploring that possibility.

I will always respect your brand of leadership, David. Susan Taylor was right. You are a very special guy! Unfortunately, it has not been enough to protect me from the Nielsen culture.

Best,

Cheryl Grace