# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Cheryl Grace

                          Plaintiff,

v.                                                    Case No.: 1:20−cv−06323
                                                         Honorable Manish S. Shah

Nielsen Holdings PLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 28, 2020:

      MINUTE entry before the Honorable Manish S. Shah: The parties shall exchange initial disclosures by 1/15/21 and all fact discovery shall be noticed in time for completion by 9/1/21. The court will set an expert discovery and dispositive motion schedule when the parties get closer to completing fact discovery. An agreed proposed confidentiality order may be submitted to proposed_order_shah@ilnd.uscourts.gov. The parties may email susan_mcclintic@ilnd.uscourts.gov for a settlement referral. The parties shall file a status report on the progress of discovery on 4/13/21. Any requests to amend the pleadings must be made by 5/5/21. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.