IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHERYL GRACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-06323 |
| ) | |
| NIELSEN HOLDINGS, PLC, THE ) | Judge Manish S. Shah |
| NIELSEN CORPORATION, ACNIELSEN ) | |
| or AC NIELSEN, JOHN DOE ) | |
| CORPORATION (a/k/a New Company), ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS NIELSEN HOLDINGS PLC'S, THE NIELSEN COMPANY (US), LLC'S, AND ACNIELSEN CORPORATION'S FRCP 7.1 DISCLOSURE AND LR 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendants Nielsen Holdings plc, The Nielsen Company (US), LLC (incorrectly identified as The Nielsen Corporation), and ACNielsen Corporation (incorrectly identified as ACNielsen and AC Nielsen), by and through their attorneys, state as follows:

Nielsen Holdings plc is a publicly traded company. There is no parent corporation or publicly held corporation that holds 10% or more of Nielsen Holdings plc's stock. The Nielsen Company (US), LLC, a Delaware limited liability corporation, is a wholly owned, indirect subsidiary of Nielsen Holdings plc. ACNielsen Corporation, a Delaware Corporation, is a subsidiary of The Nielsen Company (US), LLC.

Dated: January 4, 2021

Respectfully submitted,

NIELSEN HOLDINGS PLC;
THE NIELSEN COMPANY (US), LLC;
ACNIELSEN CORPORATION

By: /s/ *Cardelle B. Spangler*
    One of Their Attorneys

1

Cardelle B. Spangler
Benjamin M. Ostrander
John E. Drosick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)
cspangler@winston.com
bostrander@winston.com
jdrosick@winston.com

**CERTIFICATE OF SERVICE**

The undersigned attorney states that on the 4th day of January, 2021, she caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system and to be served via electronic transmission upon:

Linda D. Friedman
Jennifer S. Gilbert
Matthew J. Singer
STOWELL & FRIEDMAN, LTD.
303 W. Madison Street, Suite 2600
Chicago, IL 60606
lfriedman@sfltd.com
jgilbert@sfltd.com
msinger@sfltd.com

*Attorneys for Plaintiff*

By: /s/ *Cardelle B. Spangler*
Cardelle B. Spangler