**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHERYL GRACE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cv-06323 |
| | ) | |
| NIELSEN HOLDINGS, PLC, THE | ) | Judge Manish S. Shah |
| NIELSEN CORPORATION, ACNIELSEN | ) | |
| or AC NIELSEN, JOHN DOE | ) | |
| CORPORATION (a/k/a New Company), | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Cheryl Grace and Defendants Nielsen Holdings, Plc, The Nielsen Company (US), LLC (incorrectly identified as The Nielsen Corporation), and ACNielsen Corporation (incorrectly identified as AC Nielsen and ACNielsen), by and through their respective counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of Grace's Complaint (Dkt. 1) with prejudice, each party bearing her/its own costs and fees.

Dated:  March 12, 2021

Respectfully submitted,

CHERYL GRACE

By: /s/ *Linda D. Friedman*
One of Her Attorneys

Linda D. Friedman
Jennifer S. Gilbert
Matthew J. Singer
STOWELL & FRIEDMAN, LTD.
303 W. Madison St.
Suite 2600
Chicago, Illinois  60606
(312) 431-0888
LFriedman@sfltd.com
jgilbert@sfltd.com
msinger@sfltd.com

NIELSEN HOLDINGS PLC;
THE NIELSEN COMPANY (US), LLC;
ACNIELSEN CORPORATION

BY: /s/ *Cardelle B. Spangler*
One of Their Attorneys

Cardelle B. Spangler
Benjamin M. Ostrander
John E. Drosick
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
(312) 558-5700 (fax)
cspangler@winston.com

1

bostrander@winston.com
jdrosick@winston.com