**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Cheryl Grace

                               Plaintiff,

v.                                                             Case No.: 1:20−cv−06323
                                                                     Honorable Manish S. Shah

Nielsen Holdings PLC, et al.

                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 12, 2021:

      MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [14], this case is dismissed with prejudice and with each party to bear its own costs and attorney's fees. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.